**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANETRA JOHNSON,<br><br>                    Plaintiff,<br><br>        v.<br><br>DEPARTMENT OF THE<br>ARMY AND AIR FORCE, et al.,<br><br>                    Defendants. | 1:09cv0281 LJO DLB<br><br>ORDER REQUIRING PLAINTIFF TO<br>RETURN SUMMONSES TO COURT<br><br>ORDER VACATING MAY 26, 2009,<br>SCHEDULING CONFERENCE |

Plaintiff Janetra Johnson ("Plaintiff") is proceeding pro se and in forma pauperis in this action, filed on February 13, 2009. Pursuant to 28 U.S.C. § 1915(e)(2), the Court must conduct an initial review of the complaint for sufficiency to state a claim. After the Court has conducted the initial review, it instructs the plaintiff on service of the complaint. As the Court has not yet screened this action, the summonses issued on February 19, 2009, were issued in ERROR and should not be served. Plaintiff is ORDERED to return the summonses to this Court. Additionally, the May 26, 2009, Scheduling Conference is VACATED.

The Court will instruct Plaintiff on the next steps to be taken in this action after her complaint is screened.

IT IS SO ORDERED.

Dated:  **February 20, 2009**                         **/s/ Dennis L. Beck**
                                                                    UNITED STATES MAGISTRATE JUDGE