**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANETRA JOHNSON,<br><br>              Plaintiff,<br><br>v.<br><br>DEPARTMENT OF THE<br>ARMY AND AIR FORCE, et al.,<br><br>              Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 1:09cv0281 LJO DLB<br><br><br>ORDER REQUIRING PLAINTIFF TO<br>RETURN SUMMONS ISSUED TO<br>GREG MOORE |

Plaintiff Janetra Johnson ("Plaintiff") is proceeding pro se and in forma pauperis in this action, filed on February 13, 2009. On February 24, 2009, the Court ordered Plaintiff to return the summonses issued on February 19, 2009, explaining that they were issued in error because the case had not yet been screened pursuant to 28 U.S.C. § 1915(e)(2). Plaintiff returned the summonses on February 25, 2009.

Also on February 25, 2009, Plaintiff filed an amended complaint. Due to administrative error, summons was issued to Greg Moore on February 27, 2009. However, because Plaintiff's complaint has not been screened and the summons should not be served, Plaintiff is ORDERED to return the summons to the Court.

The Court will instruct Plaintiff on the next steps to be taken in this action after her complaint is screened.

IT IS SO ORDERED.

Dated: **March 2, 2009**          **/s/ Dennis L. Beck**
                                                     UNITED STATES MAGISTRATE JUDGE