IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANETRA A. JOHNSON,<br><br>   Plaintiff,<br><br>   vs.<br><br>SECRETARY OF THE AIR FORCE, et al.,<br><br>   Defendants.<br>_____ / | 1:09cv0281 LJO DLB<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE 1:09cv0346 AWI GSA |

    Plaintiff Janetra A. Johnson ("Plaintiff") is a proceeding pro se and in forma pauperis in this civil rights action filed on February 13, 2009. Pursuant to Court order, she filed an amended complaint on May 20, 2009.

    On February 25, 2009, Plaintiff filed a similar action which was assigned case number 1:09cv0346 AWI GSA. On May 20, 2009, Plaintiff filed the same amended complaint as in 1:09cv0281 LJO DLB. Accordingly, both actions have the same operative pleading.

    The Clerk of the Court is therefore ORDERED to administratively close 1:09cv0346 AWI GSA. All future filings shall bear case number 1:09cv0281 LJO DLB.

    IT IS SO ORDERED.

    Dated:   **June 8, 2009**                  **/s/ Dennis L. Beck**
                                                                            UNITED STATES MAGISTRATE JUDGE