# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANETRA A. JOHNSON, | ) 1:09cv0281 LJO DLB |
| | ) |
| | ) ORDER DIRECTING PLAINTIFF |
| Plaintiff, | ) TO SUBMIT USM-285 FORMS |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES AIR FORCE, et al., | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |

Plaintiff Janetra A. Johnson ("Plaintiff") is proceeding pro se and informa pauperis in this Title VII action, filed on February 13, 2009. Plaintiff names the United States Air Force, Michael Donley, the Secretary of the Air Force, the California Air National Guard, the Equal Employment Opportunity Commission, Maj. Gen. William H. Wade, Col. Jonathan Flaugher, Col. David Bandini, Col. Mark Groves, Lt.Col. John Cotter, Maj. Raymond Greer, Maj. Jahromi Shahzad, Lt. Michael Yamamoto, CMS Michael L. Hunt, CMS Johnny Leal, SMS Michele Fields, Msg. James Patton and Msg. Shirley Shine.

## DISCUSSION

A.  Screening Standard

Pursuant to 28 U.S.C. § 1915(e)(2), the court must conduct an initial review of the complaint for sufficiency to state a claim.  The court must dismiss a complaint or portion thereof if the court determines that the action is legally "frivolous or malicious," fails to state a claim

1

upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief.  28 U.S.C. § 1915(e)(2).  If the court determines that the complaint fails to state a claim, leave to amend may be granted to the extent that the deficiencies of the complaint can be cured by amendment.

In reviewing a complaint under this standard, the Court must accept as true the allegations of the complaint in question, <u>Hospital Bldg. Co. v. Trustees of Rex Hospital</u>, 425 U.S. 738, 740 (1976), construe the pro se pleadings liberally in the light most favorable to the Plaintiff, <u>Resnick v. Hayes</u>, 213 F.3d 443, 447 (9th Cir. 2000), and resolve all doubts in the Plaintiff's favor, <u>Jenkins v. McKeithen</u>, 395 U.S. 411, 421 (1969).

B.     <u>Plaintiff's Allegations</u>

Plaintiff alleges that she was a member of the California Air National Guard and was subject to employment discrimination on the basis of race and disability from 2005 through 2008.  42 U.S.C. § 2000e, et seq.  Plaintiff also alleges other state and federal causes of action.

It appears that Plaintiff's amended complaint is adequate to state a cause of action.  Accordingly, IT IS HEREBY ORDERED that:

1. Service is appropriate for the following Defendants:

   United States Air Force
   Michael Donley, the Secretary of the Air Force
   The California Air National Guard
   The Equal Employment Opportunity Commission
   Maj. Gen. William H. Wade
   Col. Jonathan Flaugher
   Col. David Bandini
   Col. Mark Groves
   Lt.Col. John Cotter
   Maj. Raymond Greer
   Maj. Jahromi Shahzad
   Lt. Michael Yamamoto
   CMS Michael L. Hunt
   CMS Johnny Leal
   SMS Michele Fields
   Msg. James Patton
   Msg. Shirley Shine.

2. The Clerk of the Court shall send Plaintiff one USM-285 form, one summons, an instruction sheet and a copy of the amended complaint filed July 23, 2009.

3. Within THIRTY (30) DAYS from the date of this Order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

 a. One completed summons;
 b. One completed USM-285 form for each Defendant; and
 C. Seventeen (17) copies of the amended complaint filed on July 23, 2009.

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named Defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this Order will result in a Recommendation that this action be dismissed.</u>

IT IS SO ORDERED.

**Dated:   August 20, 2009**              /s/ **Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE

3