# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JANETRA JOHNSON, | ) | 1:09cv0281 LJO DLB |
| | ) | |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING DEFENDANTS' EX PARTE MOTION TO EXTEND TIME |
| | ) | |
| v. | ) | (Document 25) |
| | ) | |
| DEPARTMENT OF THE ARMY AND AIR FORCE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff Janetra Johnson ("Plaintiff") is proceeding pro se in this action on the Third Amended Complaint, filed on July 23, 2009.

On December 18, 2009, Defendants filed an ex parte request to extend the time to respond to the complaint. Defendants state that a response is currently due on or about December 28, 2009, and that Defendants' counsel is in the process of reviewing Plaintiff's records and preparing a response. Defendants request an additional 60 days to complete the review of records and file a response, which will most likely be a motion to dismiss on the basis of jurisdictional issues.

Defendant's counsel, Alyson Berg, states that she contacted Plaintiff by phone and e-mail on December 8, 2009, and again by phone on December 10, 2009. After not receiving a response, Ms. Berg sent Plaintiff an e-mail on December 14, 2009, and indicated that if she did not response to the request for an extension, Defendants would seek relief from the Court. Plaintiff has not responded to Defendants' requests.

1  Given the length and uncertain nature of Plaintiff's Third Amended Complaint, the Court
2  finds that GOOD CAUSE EXISTS to allow Defendants an additional 60 days to file a response.
3  Accordingly, Defendants' response SHALL be due on or before February 28, 2010.
4  IT IS SO ORDERED.
5  Dated:   **December 23, 2009**              /s/ Dennis L. Beck
                                               UNITED STATES MAGISTRATE JUDGE