1
2
3
4
5
6
7
8

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

9   JANETRA A. JOHNSON,                              1:09cv0281 LJO DLB

10                        Plaintiff,

11          vs.                                      ORDER DENYING PLAINTIFF'S
                                                     MOTION FOR COUNSEL

12   SECRETARY OF THE AIR FORCE,                     (Document 28)

13   et al.,

14

15                        Defendants.
     _____/

16

17          Plaintiff Janetra A. Johnson ("Plaintiff") is a proceeding pro se and in forma pauperis in this

18   civil rights action filed on February 13, 2009.

19          On January 5, 2010, Plaintiff filed a motion for appointment of counsel.

20          The Court may request an attorney voluntarily to represent a person proceeding in forma

21   pauperis who is unable to afford counsel.  28 U.S.C. § 1915(d).  Appointment of counsel by the

22   Court in such circumstances is discretionary, not mandatory.  United States v. $292,888.04 in U.S.

23   Currency, 54 F.3d 564, 569 (9th Cir. 1995).  Without a reasonable method of securing and

24   compensating counsel, this Court will seek volunteer counsel only in the most serious and exceptional

25   cases.

26          Appointment may be made if a court finds that there are exceptional circumstances after

27   evaluating the likelihood of success on the merits and the ability of the party to articulate his claims

28   pro se in light of the complexity of the legal issues involved; the factors must be viewed together.

1

1   Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991) (citing Wilborn v. Escalderon, 789 F.2d

2   1328, 1331 (9th Cir. 1986)).

3        In her request, Plaintiff contends that she needs counsel mainly because she does not know if

4   all of her claims are sufficient to state a claim for relief.  She also states that she does not have the

5   "time, resources, skills to investigate the legality of ALL her claims."  Motion, at 2.

6        In the present case, the Court does not find the required exceptional circumstances.  Even if it

7   is assumed that Plaintiff is not well versed in the law and that she has made serious allegations which,

8   if proved, would entitle her to relief, her case is not exceptional.  This court is faced with similar cases

9   almost daily.  Further, at this early stage in the proceedings, the court cannot make a determination

10  that plaintiff is likely to succeed on the merits, and based on a review of the record in this case, the

11  Court does not find that Plaintiff cannot adequately articulate her claims.

12       Plaintiff's motion for the appointment of counsel is therefore DENIED, without prejudice.

13

14       IT IS SO ORDERED.

15       **Dated:   January 7, 2010**                    **/s/ Dennis L. Beck**

16                                                    UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28