# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANETRA A. JOHNSON, | 1:09cv0281 LJO DLB |
| Plaintiff, | |
| vs. | ORDER DENYING PLAINTIFF'S MOTION TO STAY ACTION |
| SECRETARY OF THE AIR FORCE, et al., | (Document 30) |
| Defendants. / | |

Plaintiff Janetra A. Johnson ("Plaintiff") is a proceeding pro se and in forma pauperis in this civil rights action filed on February 13, 2009.

On January 13, 2010, Plaintiff filed a document entitled, "Plaintiff's Request the Courts to Pause Legal Proceeding For Good Cause without Prejudice." While it is somewhat unclear, Plaintiff seems to be requesting that the Court stay the proceedings and review its prior order denying Plaintiff's request for appointment of counsel.

Plaintiff requests that the Court stay the action to ensure that the parties "comply with legal standards," "minimize one-sided court actions" and evaluate the factors used to decide Plaintiff's motion for appointment of counsel and Defendant's request for an ex-parte request for an extension of time.

Plaintiff presents no reasons to stay this action. Defendants have been served and an answer is due by February 28, 2010. Insofar as Plaintiff argues that the Court erred in denying her request

for counsel because it previously found her case suitable for service, her argument is incorrect. The standards for screening a pro se compliant are much less stringent than those involved in deciding a motion for counsel. Plaintiff presents the Court with no new facts that would change its prior decision to deny counsel.

Plaintiff also requests that the Court grant her access to the Electronic Case Filing system. In pro se cases, access is granted sparingly and only upon a showing that access is necessary to allow the plaintiff to litigate the action. Plaintiff has not made such a showing and her request is denied.

For the above reasons, Plaintiff's motion to stay the action is DENIED.

IT IS SO ORDERED.

Dated:   **January 23, 2010**          /s/ Dennis L. Beck
                                       UNITED STATES MAGISTRATE JUDGE