# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANETRA A. JOHNSON, | 1:09cv0281 LJO DLB |
| Plaintiff, | |
| vs. | ORDER DENYING PLAINTIFF'S MOTION TO STAY ACTION |
| | (Document 31) |
| SECRETARY OF THE AIR FORCE, et al., | |
| Defendants. | |

Plaintiff Janetra A. Johnson ("Plaintiff") is a proceeding pro se and in forma pauperis in this civil rights action filed on February 13, 2009.

On January 21, 2010, Plaintiff filed a document entitled, "Plaintiff's Request the Courts to Pause Legal Proceeding For Good Cause And Without Prejudice." This is her second motion to "pause" filed within a 10 day span. Plaintiff's prior motion was denied on January 25, 2010.

Plaintiff now seeks to stay this action until August 20, 2010, so that she has time to become "financially stable" and seek legal counsel. Plaintiff's motions to stay appear related to the Court's prior order denying her request for counsel.

Plaintiff presents no reasons to stay this action. Plaintiff seems to believe that based on the Court's denial of her request for counsel, the Court has somehow deemed her action meritless. As the Court previously explained, the standards for screening a complaint to determine whether it is suitable for service are much less stringent than those involved in deciding a request for counsel.

1

Again, **Defendants have been served and an answer is due by February 28, 2010. <u>Plaintiff's action is proceeding.</u>**

Plaintiff continues to reference an "ex parte communication" by Defendants. On December 18, 2009, Defendants filed an ex parte request to extend time to respond to the complaint. Such a request is proper where the requesting party cannot reasonably obtain a stipulation to extend time. Local Rule 144(c). Indeed, pursuant to the Declaration of Alyson A. Berg, Ms. Berg contacted Plaintiff via telephone and e-mail to request a 60 day extension. Plaintiff did not respond and Defendants were therefore justified in bringing the ex parte request. There is nothing improper about Defendants' request and/or the Court's grant of the extension.

For the above reasons, Plaintiff's motion to stay the action is DENIED.

IT IS SO ORDERED.

**Dated:    January 26, 2010**                            /s/ Dennis L. Beck
                                                                  UNITED STATES MAGISTRATE JUDGE