1  BENJAMIN B. WAGNER
   United States Attorney
2  ALYSON A. BERG
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for Defendants United States Air Force; Secretary of The Air Force;
7       California Air National Guard; Maj. Gen. William H. Wade; Col. Johnathan
        Flaugher; Col. David Bandini; Col. Mark Groves; Lt. Col. John Cotter;
8       Maj. Raymond Greer; Maj. Jahromi Shahzad; Lt. Michael Yamamoto;
        Cms. Michael L. Hunt; Cms. Johnny Leal; Sms. Michelle Fields;
        Msg. James Patton; and Msg. Shirley Stine

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANETRA A. JOHNSON, | 1:09-cv-00281-LJO-DLB |
| Plaintiff, | *AMENDED* STIPULATION TO EXTEND TIME TO RESPOND TO THIRD AMENDED COMPLAINT; ORDER |
| v. | |
| UNITED STATES AIR FORCE; SECRETARY OF THE AIR FORCE; CALIFORNIA AIR NATIONAL GUARD; EQUAL EMPLOYMENT OPPORTUNITY COMMISSION (EEOC); MAJ. GEN. WILLIAM H. WADE; COL. JOHNATHAN FLAUGHER; COL. DAVID BANDINI; COL. MARK GROVES; LT. COL. JOHN COTTER; MAJ. RAYMOND GREER; MAJ. JAHROMI SHAHZAD; LT. MICHAEL YAMAMOTO; CMS. MICHAEL L. HUNT; CMS. JOHNNY LEAL; SMS MICHELLE FIELDS; MSG. JAMES PATTON MSG. SHIRLEY STINE; | |
| Cross-Defendants. | |

Plaintiff Janetra A. Johnson ("Plaintiff"), and Defendants United States Air Force; Secretary of The Air Force; California Air National Guard; Maj. Gen. William H. Wade; Col.

1

*AMENDED* STIPULATION TO EXTEND TIME TO RESPOND TO THIRD AMENDED COMPLAINT; ORDER

Johnathan Flaugher; Col. David Bandini; Col. Mark Groves; Lt. Col. John Cotter; Maj. Raymond Greer; Maj. Jahromi Shahzad; Lt. Michael Yamamoto; Cms. Michael L. Hunt; Cms. Johnny Leal; Sms. Michelle Fields; Msg. James Patton; and Msg. Shirley Stine, collectively the Federal Defendants, ("Federal Defendants"[1] ) stipulate, by and through the undersigned, to extend the deadline for the Federal Defendants to respond to the Third Amended Complaint to and including March 12, 2010.

The parties base this stipulation on good cause, which includes the need for the Federal Defendants to review the allegations in the Third Amended Complaint and work with counsel for the United States Air Force who was unable to report to work at her office in Virginia for approximately two weeks in February 2010 as a result of the snow storms on the East Coast and respond accordingly. The parties agree that this short extension of time for the Federal Defendants to respond will not cause any prejudice to the parties as this action.

Accordingly, the parties stipulate and agree to continue the time for the Federal Defendants to file a responsive pleading to the Third Amended Complaint as specified below, and base it on the above-stated good cause. The parties request the court to endorse this stipulation by way of formal order.

|  | Old Date | **New Date** |
|---|---|---|
| Federal Defendants' response to Third Amended Complaint | February 28, 2010 | **March 12, 2010** |

Dated: February 24 , 2010

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

 /s/ Alyson A. Berg
ALYSON A. BERG
Attorneys for Federal Defendants

---

[1] In light of the ambiguity of Plaintiff's claims, it is uncertain who are proper defendants is in this matter, and which of the defendants will be represented by the United States, if anyone. The Federal Defendants do not waive challenging the court's jurisdiction over claims Plaintiff asserts against any or all of the above named defendants.

(As authorized 2/24/10)
/s/Janetra A. Johnson

Janetra A. Johnson, Plaintiff In Pro Per

IT IS SO ORDERED.

Dated:   **February 25, 2010**                    **/s/ Dennis L. Beck**
                                                  UNITED STATES MAGISTRATE JUDGE