# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANETRA A JOHNSON, | CASE NO. CV F 09-0281 LJO DLB |
| Plaintiff, | **ORDER VACATING HEARING** |
| vs. | |
| UNITED STATES AIR FORCE, et. al, | |
| Defendants. / | |

On March 12, 2010, the defendants in this action filed a motion to dismiss the Third Amended Complaint pursuant to Fed.R.Civ.P. 12(b)(1) and 12(b)(6). Plaintiff Janetra A. Johnson is proceeding in this action in *pro se* and in *forma pauperis*. The Court finds the motion suitable for decision without oral argument. Local Rule 230(c) and (g). Accordingly, the hearing set for April 19, 2010 is VACATED and no appearances are required.

IT IS SO ORDERED.

**Dated:**   April 13, 2010             /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE

1