**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

JANETRA A. JOHNSON,                           CASE NO. CV F 09-0281 LJO DLB

**ORDER GRANTING EXTENSION OF**
                    Plaintiff,          **TIME FOR DEFENDANTS TO FILE A**
                                        **REPLY BRIEF**
        vs.

UNITED STATES AIR FORCE,
et. al,

                    Defendants.
_____/

        On April 12, 2010, plaintiff filed an untimely opposition to defendants' motion to dismiss the Third Amended Complaint.  Local Rule 230(c).  In light of the opposition, the Court will grant defendants until April 23, 2010 to file a reply to the opposition.  Thereafter, the Court will decide the motion on the papers and will not require a hearing.  No further papers will be considered in support of or in opposition to the motion.

        IT IS SO ORDERED.

**Dated:    April 16, 2010              /s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE

1