# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANETRA A. JOHNSON, | CASE NO. CV F 09-0281 LJO DLB |
| Plaintiff, | **ORDER ON PLAINTIFF'S OBJECTIONS** |
| vs. | |
| UNITED STATES AIR FORCE, et. al, | |
| Defendants. / | |

The Court has received plaintiff's objections to the Court's order dismissing the complaint.

Plaintiff may appeal the Court's order and entry of judgment. Plaintiff has a limited time within which to file her appeal, if any. See Federal Rule of Appellate Procedure, Rule 4.

Dated: May 17, 2010        /s/ Lawrence J. O'Neill
                           Honorable Lawrence J. O'Neill
                           U.S. District Judge

1