# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JANETRA JOHNSON, | ) | 1:09cv0281 LJO DLB |
| | ) | |
| Plaintiff, | ) ) ) | ORDER DISREGARDING APPLICATION TO PROCEED IN FORMA PAUPERIS ON APPEAL |
| v. | ) | |
| | ) | (Document 47) |
| DEPARTMENT OF THE ARMY AND AIR FORCE, et al., | ) ) ) | |
| Defendants. | ) ) | |

    Plaintiff Janetra Johnson ("Plaintiff") filed a notice of appeal on June 28, 2010, along with an application to proceed in forma pauperis on appeal. Pursuant to Rule 24 of the Federal Rules of Appellate Procedure, a party who was permitted to proceed in forma pauperis in the district court action may proceed in forma pauperis on appeal without prior authorization. In this case, Plaintiff's application to proceed in forma pauperis in this Court was granted on February 19, 2009.

    In light of Rule 24, Plaintiff is entitled to proceed in forma pauperis on appeal and the instant application is DISREGARDED.

IT IS SO ORDERED.

    Dated: **July 2, 2010**          **/s/ Dennis L. Beck**
                                                      UNITED STATES MAGISTRATE JUDGE