UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANETRA JOHNSON, | CASE NO. CV F 09-0281 LJO SAB |
| Plaintiff, | **ORDER TO DENY REOPENING ACTION** (Doc. 54.) |
| vs. | |
| DEPARTMENTS OF THE ARMY AND AIR FORCE, et al., | |
| Defendants. | |

This Court's April 30, 2010 order dismissed with prejudice this action, and judgment on the order was entered. The Ninth Circuit Court of Appeals' January 6, 2012 decision affirmed dismissal of plaintiff's action. On February 13, 2014, plaintiff filed 226 pages of papers entitled Motion to Re-Open for Relief and Sanction, which this Court construes as plaintiff's attempt to relitigate her meritless, previously adjudicated claims. Plaintiff's voluminous papers raise meritless points which this Court need not address. *See Crain v. Commissioner*, 737 F.2d 1417, 1417 (5th Cir. 1984) ("We perceive no need to refute these arguments with somber reasoning and copious citation of precedent; to do so might suggest that these arguments have some colorable merit"). Plaintiff fails to justify reopening this fully adjudicated action and other requested relief. As such, this Court DENIES plaintiff relief requested by her papers filed on February 13, 2014. Given that plaintiff's claims have been fully adjudicated, this

1

Court PRECLUDES plaintiff to attempt to file further papers.

IT IS SO ORDERED.

Dated: **February 14, 2014** /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE

2