# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANETRA JOHNSON,<br><br>            Plaintiff,<br><br>     v.<br><br>DEPARTMENTS OF THE ARMY AND AIR FORCE, et al.,<br><br>            Defendants. | Case No.  1:09-cv-00281-LJO-SAB<br><br>ORDER REVOKING PLAINTIFF'S IN FORMA PAUPERIS STATUS AND CERTIFYING THAT PLAINTIFF'S APPEAL IS FRIVOLOUS<br><br>ECF NO. 60 |

On March 3, 2014, the Ninth Circuit referred this matter to this Court for the limited purpose of determining whether in forma pauperis status should continue for Plaintiff Janetra Johnson's ("Plaintiff") appeal or whether the appeal is frivolous or taken in bad faith. (ECF No. 60.)  See 28 U.S.C. § 1915(a)(3) ("An appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith.").

"In the absence of some evident improper motive, the applicant's good faith is established by the presentation of any issue that is not plainly frivolous." Ellis v. U.S., 356, U.S. 674 (1958) (citing Farley v. United States, 354 U.S. 521 (1957)).  In determining whether an appeal is taken in bad faith, the Court looks at the appeal as a whole, rather than on a piecemeal basis by particular claims. Hooker v. American Airlines, 302 F.3d 1091, 1092 (9th Cir. 2002). "If at least one issue or claim is found to be non-frivolous, leave to proceed in forma pauperis on

appeal must be granted for the case as a whole." Id.  An appeal is frivolous if it lacks an arguable basis either in law or in fact.  See Neitzke v. Williams, 490 U.S. 319, 325 (1989); Dowd v. County of Kern, No. 1:12-cv-01063-LJO-JLT, 2012 WL 4982786, at *1 (E.D. Cal. Oct. 17, 2012).

Plaintiff appeals this Court's order denying Plaintiff's motion to reopen this action.  (ECF No. 57.)  Plaintiff filed her motion to reopen this action on February 13, 2014.  (ECF No. 54.)  The Court dismissed Plaintiff's claims nearly four years prior, on April 30, 2010.  (ECF No. 42.)  Plaintiff appealed the dismissal to the Ninth Circuit and the Ninth Circuit denied the appeal and affirmed this Court's dismissal on January 6, 2012.  (ECF No. 51.)

As noted in this Court's February 18, 2014 order denying Plaintiff's motion to reopen this action, Plaintiff fails to present any arguable basis in law or in fact that would justify reopening this action.  Plaintiff provides no colorable basis to reopen this action, particularly where Plaintiff seeks to reopen this action more than two years after this Court's dismissal of Plaintiff's claims was affirmed by the Ninth Circuit.

The Court finds that Plaintiff's appeal is frivolous and is taken in bad faith because it lacks any arguable basis in law or in fact.

Based upon the foregoing, it is HEREBY ORDERED that:

1. Plaintiff's in forma pauperis status is REVOKED; and
2. The Clerk of the Court is directed to notify the Ninth Circuit Court of Appeals that the Court certifies, in accordance with Federal Rule of Appellate Procedure 24(a)(3)(A) and 28 U.S.C. § 1915(a)(3), that Plaintiff's appeal is frivolous and not taken in good faith.

IT IS SO ORDERED.

Dated:   **March 7, 2014**

UNITED STATES MAGISTRATE JUDGE

2